DERAISMES ENGINE CO, NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Deraismes Engine Company, No. 1, against the City of New York.

PER CURIAM. It may well be that the plaintiff has a cause of action under our judgment in Jones Hook & Ladder Company, No. 1, v. City of New York, 118 App. Div. 896, 103 N. Y. Supp. 1130. But this judgment cannot stand, because there is not sufficient proof of the alleged contract to pay for the forage. This case presents the further question whether the plaintiff had legal standing, because it failed

to prove a compliance with the requirement of the last sentence of section 722 of the Greater New York charter (Laws 1901, p. 303, c. 466). Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.